COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:　　　In re J. Heath Deneke

Appellate case number:　　01-22-00260-CV

Trial court case number:　　2019-89936

Trial court:　　　　　　　133rd District Court of Harris County

On April 6, 2022, relator, J. Heath Deneke, filed a petition for a writ of mandamus. In his mandamus petition, relator challenges the trial court's March 22, 2022 oral ruling granting real party in interest, Linde Engineering North America, Inc.'s, motion to compel the deposition of relator, and overruling relator's motion for protection from Linde's third-party discovery.

Also on April 6, 2022, relator filed an "Opposed Motion for Temporary Relief," seeking emergency temporary relief in the form of a "stay [of] all orders and rulings regarding the deposition" of relator "until this original proceeding is resolved." Relator seeks a stay from the trial court's ruling requiring his deposition to move forward because, "[w]ere [relator's] deposition to go forward, the relief [relator] requests in his mandamus petition would be moot."

Relator's motion for temporary relief is **granted**. *See* TEX. R. APP. P. 52.10. Enforcement of the trial court's March 22, 2022 ruling granting Linde's motion to compel relator's deposition in trial court case number 2019-89936 is **stayed**. This stay is effective until disposition of relator's petition for writ of mandamus or further order of this Court.

We further request a response to the petition for writ of mandamus from the real parties in interest. **The response(s), if any, is due to be filed with this Court no later than ten days of the date of this order.**

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
　　　　　　　　　☑ Acting individually 　☐ Acting for the Court

Date: ___April 7, 2022____